BEFORE THE GEORGIA STATE BOARD OF DENTISTRY

STATE OF GEORGIA

IN THE MATTER OF:                          *
                                           *
Shohreh Ghasemi                            *
_____            *
                  Respondent.              *

## VOLUNTARY CEASE AND DESIST ORDER

Respondent, **Shohreh Ghasemi,** who resides at or who operates his/her business at_

**380 N Main St, Alpharetta, GA 30009,** currently does not possess a license to practice as a

**Dentist** in the State of Georgia, pursuant to the Official Code of Georgia Annotated

(O.C.G.A.) T. 43, Ch. 11, as amended.  Potential violations of O.C.G.A. T. 43, Ch. 11 having

been called to Respondent's attention, Respondent hereby consents to voluntarily cease and

desist from any act or practice that would require licensure under O.C.G.A. T. 43, Ch. 11, as

amended, until such time as Respondent becomes properly licensed by the Georgia State Board

of Dentistry ("Board").

Respondent freely, knowingly, and voluntarily waives the right to a hearing in this

matter.  Respondent also understands that should he/she apply for a licensure with the Board, the

Board shall have access to this Order and to the entire investigative file on this matter.

This Order shall become effective immediately upon acceptance thereof and docketing

by the Georgia State Board of Dentistry and shall remain in effect until such time as the

Respondent becomes licensed with the Board, or until further order.  Respondent understands

that this document will be considered to be a public record entered as the final disposition of any

injunction or cease and desist proceedings presently pending or which could be brought against

Respondent by the Board, and that this action shall be considered to be and may be recorded as a

final order of the Board.

This Order is not intended and shall not be construed as prohibiting the prosecution of Respondent by any other state or federal agency for Respondent's conduct nor shall it be construed as limiting the Board's authority to subsequently impose a fine or conditions upon licensure with the Board.

Any violation of this Order shall subject the Respondent to a fine not to exceed $500.00 for each transaction constituting a violation thereof, pursuant to O.C.G.A. § 43-1-20.1.

**CONSENTED TO:**

_____ (Signature)

SHOHREH CHASEMI _____ (Print)

**Respondent**

AS TO SIGNATURE OF RESPONDENT ONLY

**Sworn to and subscribed**
**before me this** 14 **day**
**of** July _____, 20 23

_____

**NOTARY PUBLIC**
**My commission expires:**

CRISTIAN GONZALEZ
NOTARY
EXPIRES
GEORGIA
08/29/2026
PUBLIC
DOUGLAS COUNTY

This voluntary cease and desist is hereby accepted this ___ day of _____
20__

GEORGIA STATE BOARD OF DENTISTRY

BY:_____
    Michael Knight
    President

ATTEST:_____
    ERIC R. LACEFIELD
    Executive Director

(Board Seal)

2