Elizabeth M. Llewellyn, PA-C (GA License 3585)
103 Highland Circle
Bremen, GA 30110
Email:  elizabethmllewellyn@gmail.com
Mobile:  770-378-5832


August 16, 2023


U.S. Food & Drug Administration
Office of Criminal Investigations
Attn:  Special Agent Jessica Owen
401 W. Peachtree St. NE, Suite 1917
Atlanta, GA 30308

Dear Agent Owen,

Please consider this letter as my affidavit regarding my witness of and concerns regarding the actions of one Shohreh Ghasemi (DOB 1/16/1984).  Thank you for considering my testimony.  As you know I am a board certified and state licensed medical provider in the U.S. called a physician assistant.  I have done this for 23 years and have been solely in the state of Georgia.  My background is in internal medicine, interventional spine/pain management and orthopaedic spine surgery.  I am currently working at Windward Healthcare in Alpharetta, GA practicing adult medicine.

Unfortunately Ms. Ghasemi has been treating patients here in Georgia without a dental or medical license for more than two years.  I directly witnessed her treating patients from January 2021 until February 2023.  Although upon presentation she seems to be a credible provider, I discovered in February of 2023 that she is not licensed by the Georgia Board of Dentistry nor the Georgia Composite State Medical Board.  Below is a factual account of what I know to be true.

I have known Shohreh Ghasemi since December of 2020 and only in the capacity of a medical practice setting.  She came into the practice where I currently work and started seeing patients there as a freelance provider doing aesthetic procedures around January of 2021.  She told myself, the practice and patients she was a dentist and "oral surgeon".  Between January 2021 and February 2023 I was present for about 20% of the time while she was there and witnessed her treat more

than one-hundred patients.  She treated many more people at the practice during times when I was not there.  She frequently referenced her association with Augusta University, where she was or is an adjunct clinical professor in the OMFS department (oral surgery), as well as many other connections to professional persons and organizations associated with treating patients from an aesthetic perspective.

On February 3, 2023 I was asked to "assist" her in a procedure on a patient whom I will reference as "VB".  While there with her when she performed an extensive facial procedure on patient VB it became very apparent to me, given my education and background, that Ms. Ghasemi was grossly unfamiliar with standards of medical care here in the U.S. and that her care was a danger to the public.  This prompted me to verify her license for dentistry in the state of Georgia and I found she did not have one.  I also discovered she had no such license in any other state.  In addition I discovered she is not an "oral surgeon" which is a common term used to describe an oral maxillofacial surgeon (OMFS).  An OMFS is a dentist who has an additional six years of highly specialized training in surgery of the head and neck.  My specific concerns regarding the procedure done on this patient were outlined in a letter to the proper authorities (Augusta University Board of Ethics and Georgia Board of Dentistry).

As a medical provider, it is my ethical obligation to report to the proper authorities she was treating patients without a license.  I informed our practice office manager promptly and Ms. Ghasemi was immediately relieved of her privilege to see patients in the practice.  I then reported my finding of her practicing without a license to Augusta University's Board of Ethics and the Georgia Board of Dentistry.  Ms. Ghasemi has since signed a Cease & Desist Order with the Georgia Board of Dentistry on July 27, 2023.  Patient VB returned to our practice on March 3, 2023 as she was having complications from the facial procedure done by Ms. Ghasemi.  I assumed care of patient VB and she is still dealing with her complications to this day.  The care of patient VB performed by Ms. Ghasemi is considered civil battery according to Georgia law.  I informed VB that she is within her rights to file a report with the local police department, and I offered to go with her as a witness if she so chose.  She stated to me that, although she did want to file a charge against Ms. Ghasemi, she was afraid of it being in the public forum.

In regard to my assessment and professional medical opinion, Ms. Ghasemi has a pervasive pattern of misrepresenting herself as an "oral surgeon" and properly

licensed dentist. She uses her associations with universities and professional organizations to gain credibility in the public eye whom she then knowingly abuses by providing treatment without a medical or dental license. One of the reasons she has been able to do this is by only performing procedures which are considered self-pay and are not processed through insurance companies. Since Ms. Ghasemi was confronted in February 2023 about her illegal actions, she has vehemently denied any wrong-doing. It is a privilege to practice medicine or dentistry in the U.S. and with that comes professional responsibility. It was my hope upon notifying her that she was not properly licensed she would be cooperative and work with applicable entities to gain such privileges. This could not be further from the case. Attached is a letter from an attorney sent to me on her behalf which reflects her mindset of victimhood as opposed to personal accountability.

It is my hope and only goal that the public be protected from harm in regard to Ms. Ghasemi's actions. Unfortunately she has shown that she is constitutionally incapable of being truthful and to this end is not of the right capacity to be providing care to patients in the U.S. or anywhere for that matter. I believe her reckless pattern of conduct and disregard of the law should prevent her from holding such privileges. It is my opinion that she will continue to do as she pleases without regard for the well-being of others, and this is not something which can be monitored by even the best of government agencies.

Please let me know if I can be of any further help in this matter.

Kind Regards,

Elizabeth