## Owen, Jessica

| | |
|---|---|
| **From:** | michelle@windwardhealthcare.com |
| **Sent:** | Monday, March 20, 2023 8:36 PM |
| **To:** | Owen, Jessica; Mmlubow |
| **Subject:** | [EXTERNAL] Fwd: Dr. Ghasemi's pictures |
| **Attachments:** | Elizabeths letter to Augusta.docx |

CAUTION This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To Whom It May Concern:

This is an explanation as to the information we previously discussed regarding Dr. Shohreh Ghasemi.

Dr. Ghasemi has worked as a contract employee for the past 1 ½ years at Windward Healthcare/Med Spa. We were primary healthcare until we expanded our aesthetic services.

On Friday February 3 , 2003 Dr. Ghasemi conducted a procedure this was supposed to be for a Silhoutte thread lift (which she has done numerous times in our office which is FDA approved) The procedure that Dr. Ghasemi did was classified as a facelift not a thread lift. She calls it a "MACS LIFT" (I have enclosed pictures of patient as well as a letter from Elizabeth Llewellyn a PA from our office.)

This procedure uses a product called "Korpo Sutures" It comes from Italy and is not FDA approved in the USA. As you can see from the pictures the patient should have been in a surgical sterilized environment and she was not. After witnessing this procedure Elizabeth came to me immediately and explained to me that this procedure was not within the scope of Dr. Ghasemi's practice nor ours.

I immediately terminated her after I was given this information.

I warned Dr. Ghasemi that she was not legally able to use this product nor do this procedure legally. She ignored all of my warnings and has started working at a dentist office nearby. The reason I have this information is because numerous patients have texted them saying she was soliciting their services and doing the same "MACS LIFT" at a different location.

Her new address is:

Dental Studios (Dr. Roya Akbar)

875 North Main Street

Alpharetta GA 30009

I believe her days there are Wednesday and Friday's and some Saturdays (She works at University on Thursdays)

She is scheduled to do a MACS LIFT this Saturday March 25th 2023 in the morning (10am I believe)

1

We also noticed after she picked up her belongings that several products as well as patient files and her personal file with License, Mal-practice information and insurance information has been taken.  We tried to look up her license # with the Medical and Dental boards and have found nothing on her for a Georgia license.

We also know she is supposedly an assistant professor at Augusta University.

Augusta University has been notified as well.

If you have any question you can reach me at (678)566-3030 or my cell (678)908-5848

Sincerely,

Michelle Lubow

-------- Original Message --------

**Subject:**Dr. Ghasemi's pictures
  **Date:**2023-03-20 20:26
  **From:**Michelle Lubow <mmlubow@gmail.com>
    **To:**michelle@windwardhealthcare.com

**From:** COMPLIANCE <COMPLIANCE@augusta.edu>
**Date:** February 24, 2023 at 12:15:14 PM EST
**To:** Elizabeth Llewellyn <elizabethmllewellyn@gmail.com>
**Cc:** Jenny Smith <jenny.dubya@gmail.com>
**Subject: RE: [EXTERNAL] Re: Shohreh Ghasemi**

Good Afternoon Elizabeth and Jenny,

Thank you for forwarding your concern to our attention. Someone will be in touch shortly regarding the below.

Regards,
Ben Hutton

*Benjamin L. Hutton, JD*
Compliance Analyst
Office of Compliance, Ethics, & Risk Management

HS-3524
Direct: 706-721-5631
Main: 706-721-0900

**From:** Elizabeth Llewellyn <elizabethmllewellyn@gmail.com>
**Sent:** Wednesday, February 22, 2023 11:54 AM
**To:** COMPLIANCE <COMPLIANCE@augusta.edu>
**Cc:** Jenny Smith <jenny.dubya@gmail.com>
**Subject:** [EXTERNAL] Re: Shohreh Ghasemi

You don't often get email from elizabethmllewellyn@gmail.com. Learn why this is important

**CAUTION: EXTERNAL SENDER**
**This email originated from an external source. Please exercise caution before opening attachments, clicking links, replying, or providing information to the sender. If you believe it to be fraudulent, contact the AU Cybersecurity Hotline at 72-CYBER (2-9237 / 706-722-9237) or 72CYBER@augusta.edu.**

To Whom It May Concern:

My name is Elizabeth Llewellyn, PA-C and I am authoring this concern in conjunction with my colleague Jennifer Smith, PA-C.

It is with humble and sincere concern that we write this letter in reference to one Shohreh Ghasemi. We believe she is still considered an adjunct clinical professor of the OMFS department of Augusta University and for that reason we are addressing these potential issues with the university's board of ethics.

Jennifer and I both see outpatients at a small medical practice in Alpharetta, GA named Windward Healthcare. My GA PA license number is 3585 and Jennifer's is 7248. We both have extensive experience as physician assistants. I have a background in inpatient and outpatient internal medicine, interventional spine and pain management as well as orthopaedic spine. Jennifer has practiced as an orthopedic physician assistant for fourteen years prior to her seeing patients with me at Windward Healthcare. We pride ourselves on putting patient safety and care first and foremost.

I, Elizabeth, have known Shohreh Ghasemi for almost two years only in association with Windward Healthcare. She came to this office as a freelance provider and stating she is a DDS. She has also talked extensively about her work in and teaching of "OMFS". This "OMFS" emphasis was so much so that I had a strong impression that she was an oral maxillofacial surgeon. She has used the office to perform aesthetic procedures on patients. This has mainly been by administering neurotoxins, fillers and some thread lifts. I also spent many hours shadowing her over the past two years and did not observe anything of concern when she was seeing patients.

However, this past Friday, February 3rd, I was involved with a patient encounter of Dr. Ghasemi's which left me quite concerned. I volunteered to assist her (as a medical assistant role and not a physician assistant role) in a type of thread lift procedure that she recently started doing in the office a couple of weeks prior to the encounter I am referencing. Some of my and Jenny's previous work history includes surgical experience as a PAs so we are very familiar with the standard of care in that regard.
Upon assisting her with the "thread lift" procedure on the patient, several issues came to mind which made me question the validity of her training. These included: 1) lack of proper consent from the patient; 2) lack of the proper implementation of sterile technique; 3) possible practice outside the scope of a dentist in performing such an invasive procedure; and 4) performing such an invasive procedure in an office setting as opposed to being done in an ambulatory surgery center.

The above referenced issues will be further detailed in a separate note to go in the patient's chart. Upon full reflection I found her treatment of the patient that day to be below the standard of care. This gave me impetus to try and verify her license, training and credentials. I could not verify that she has an active/unrestricted license from the Georgia Board of Dentistry. I also

could not find any meaningful proof of her attendance of an OMFS residency (accredited or otherwise) or OMFS board certification.

I then thoroughly discussed my findings and concerns with PA Jennifer Smith. She has also concluded the same in regards to her license, training and credentials.

I have attached a link to Shohreh Ghasemi's professional website for your review.

www.drshohrehghasemi.com

In summary, it is our assessment and allegation that Dr. Ghasemi currently does not have the proper license to be seeing patients in any capacity outside the university campus. Furthermore it is our impression that Dr. Ghasemi has a pervasive pattern of misrepresenting herself as an oral maxillofacial surgeon when, to our limited knowledge, she is likely not.

We hope to find this allegation to be in error. However, as her license and credentials could not be verified even with the help of Dr. Ghasemi, until proven otherwise she was relieved of the ability to see patients in any capacity in the facility in which we work. Perhaps there is some other form of licensing and credentialing that is unique to her university position which permits such patient encounters on her part, but of that we cannot be certain. Dr. Ghasemi has been a very nice and professional person to know and we are hopeful there will be a plausible explanation for our concerns. Until then it is our duty to ensure the safety of patients and the general public.

We look forward to your response and are available by phone or email for any other information which may be needed.

Kind Regards,

Elizabeth Llewellyn, PA-C and Jennifer Smith, PA-C

Elizabeth
elizabethmllewellyn@gmail.com
Cell 770-378-5832