## Owen, Jessica

| | |
|---|---|
| **From:** | Altman, Stacy <stacy.altman@dch.ga.gov> |
| **Sent:** | Tuesday, July 18, 2023 2:12 PM |
| **To:** | Owen, Jessica |
| **Subject:** | FW: [EXTERNAL] Shohreh Ghasemi |
| **Attachments:** | Dr Bakak Baban Letter.pdf |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This message was sent securely using Zix

FYI

Best Regards,

Stacy Altman
Chief Investigator
2 Martin Luther King, Jr. Drive SE
East Tower
11th Floor
Atlanta, GA 30334
P:404-463-8901
Georgia Board of Dentistry
Stacy.altman@dch.ga.gov

*email from Dr. Baban at Augusta Univ. saying letter she gave to Windward was ~~dated~~ falsified*

Reader Advisory Notice: Emails to and from a Georgia State agency is generally public record, except for content that is confidential under specific laws. Security by encryption is applied to all confidential information sent by email from the Georgia Department of Community Health.

**From:** Baban, Babak <BBABAN@augusta.edu>
**Sent:** Wednesday, July 12, 2023 1:53 PM
**To:** Altman, Stacy <stacy.altman@dch.ga.gov>
**Subject:** RE: [EXTERNAL] Shohreh Ghasemi

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Altman,

It was a pleasure speaking with you earlier this afternoon. To follow up with our conversation, please consider the following:

1- As I mentioned during our phone call, The letter attached regarding Ms. Shohreh Ghasemi (I am attaching again to this email) was **NOT** either written or signed by me, the letter and my signature are fully "Fabricated" and "Falsified". I have never written such letter or even discussed such topic with Ms. Ghasmei.

2- The assessment of Ms. Ghasemi's training and skills in Oral Surgery has to be evaluated by an Oral surgeon and authorities from Georgia Board of dentistry and Dental College of Georgia. Her adjunct position with Dental

1

College of Georgia was granted purely based on the premises that she will be engaged with a specific research project to be sent to NASA for evaluation and review, with hope to be funded. None of those goals was met.

3- As I mentioned during our phone conversation, DCG academic affairs office would be the best and reliable source for further information about Ms. Ghasemi's credentials and qualifications.

Thank you,

*Babak Baban,* Ph.D., MPH, MBA, FAHA.
Professor and Associate Dean For Research
Regents' Entrepreneur
The Dental College of Georgia
Departments of Neurology and Surgery
The Medical College of Georgia
Augusta University
Mailing: 1120 15th Street, CB-2602 | Physical: 1460 Laney Walker Blvd
Augusta, GA 30912
(706) 721-2032   bbaban@augusta.edu
augusta.edu/dcg

**From:** Altman, Stacy <stacy.altman@dch.ga.gov>
**Sent:** Wednesday, July 12, 2023 12:17 PM
**To:** Baban, Babak <BBABAN@augusta.edu>
**Subject:** [EXTERNAL] Shohreh Ghasemi

You don't often get email from stacy.altman@dch.ga.gov. Learn why this is important

# CAUTION: EXTERNAL SENDER

**This email originated from an external source. Please exercise caution before opening attachments, clicking links, replying, or providing information to the sender. If you believe it to be fraudulent, contact the AU Cybersecurity Hotline at 72-CYBER (2-9237 / 706-722-9237) or 72CYBER@augusta.edu.**

This message was sent securely using Zix

The attached Letter was provided to me during the investigation of Shohreh Ghasemi for the Unlicensed Practice of Dentistry. Are you the author of this document?
Additionally, the board is requesting a statement regarding your knowledge of her experience and training as an oral surgeon as well an any documentation you may be aware of showing her experience.

Thank you for your time!

Best Regards,

Stacy Altman
Chief Investigator

2 Martin Luther King, Jr. Drive SE
East Tower
11th Floor
Atlanta, GA 30334
P:404-463-8901
Georgia Board of Dentistry
Stacy.altman@dch.ga.gov

Reader Advisory Notice: Emails to and from a Georgia State agency is generally public record, except for content that is confidential under specific laws. Security by encryption is applied to all confidential information sent by email from the Georgia Department of Community Health.

This message was secured by Zix®.

This message was secured by Zix®.



**AUGUSTA**
UNIVERSITY

August 18, 2020

Dr. Shohreh Ghasemi
407 Bridle path
Marietta, GA  30068

Dear Dr. Ghasemi:

Welcome to Augusta University. This letter confirms your clinical/adjunct faculty appointment, effective August 12, 2020, with The Dental College of Georgia. Your faculty appointment as an Adjunct Assistant Professor is in our Department of Oral & Maxillofacial Surgery, where Dr. Mark Stevens serves as Department Chair. He can be contacted via email at mastevens@augusta.edu or via telephone at (706) 721-8825.

With your new faculty status, you have been assigned an Augusta University e-mail account. In order to maintain your faculty appointment, you will be required to complete the Annual Compliance Training each year and the notifications of this training will be distributed via email. Please find attached additional information and instructions on accessing your Augusta University Outlook email account.

Please note that while you are serving in the capacity of a clinical/adjunct faculty, you will be covered by the State's General Liability Agreement. The link to the General Liability Agreement is: www.doas.ga.gov/risk-management/insurance-services/liability-insurance.

Any questions regarding your faculty appointment can be addressed to Ms. Desiree Washington, The DCG Faculty Support Liaison, at (706) 721-8611 or dewashington@augusta.edu.

We look forward to your active participation in our educational, clinical and/or research programs.

Sincerely,

Carol A. Lefebvre, DDS, MS
Dean and Professor

Attachment

cc:      Dr. Mark Stevens, Department Chair, Oral & Maxillofacial Surgery
         Clinical Faculty File

THE DENTAL COLLEGE OF GEORGIA
OFFICE OF THE DEAN

| | | | |
|---|---|---|---|
| Mailing Address | Office Address | T 706-721-2118 | **augusta.edu** |
| 1120 15th Street, AD 2230 | 1430 John Wesley Gilbert Drive | | |
| Augusta, GA 30912 | AD 2230 | | |
| | Augusta, GA 30912 | F 706-721-0237 | |



# AUGUSTA
### UNIVERSITY

March 30, 2023

Dr. Shohreh Ghasemi
407 Bridle path
Marietta, GA  30068

Dear Dr. Ghasemi:

Thank you for service to the Dental College of Georgia (DCG) at Augusta University (AU). As the authorized representative of President Keel, I am writing to inform you that your clinical/adjunct faculty appointment in DCG's Department of Oral & Maxillofacial Surgery is concluding and will not be renewed for 2023-2024.

Adjunct Faculty are appointed because they are willing to devote a stated proportion of their time to scholarly activity, teaching, or training in undergraduate, graduate, residency, or continuing education programs as deemed necessary to meet the needs of the department and college.

We appreciate your service to DCG. Please return any DCG or AU property, e.g., identification badges, property that you were issued. Please feel free to contact us should mutual interests regarding a future adjunct appointment arise.

Sincerely,

Nancy B. Young, DMD, MEd
Interim Dean

cc:     Department Chair
        Faculty File

THE DENTAL COLLEGE OF GEORGIA
OFFICE OF THE DEAN

Mailing Address:
1120 15th Street, GC 5203
Augusta, Georgia 30912

Office Address:
1430 John Wesley Gilbert Drive,
GC 5203
Augusta, Georgia 30912

T (706) 721-2118

F (706) 723-0237

**augusta.edu**



# AUGUSTA
## UNIVERSITY

February 16th, 2023

To whom it may concern,

This is to confirm that Dr. Shohreh Ghasemi is not just an Adjunct Faculty in OMFS Deparmtent ,but aslo a lead Principal Investigator on a project to be submitted as a multidisciplinary grant application to Federal agencies including NASA and NIDCR at NIH. As the principal Investigator, Dr. Ghasemi will be responsible for the preparation, Design, training, data analysis and overall supervision to assure that the project is in compliance with applicable laws and regulations and institutional policy governing the conduct of sponsored research.

Considering above, and the fact that we are approaching the deadline for the grant approval , it is absolutely crucial for Dr. Ghasemi to be here at college and attends the Trainings and meetings for coordination and a smooth successful residency program for our residents . Therefore, any help to facilitate and expedite her presence as a Health care Provider is highly appreciated not just in the University but in all Healthcare centers and Institutes in Georgia State.

Thank you for your prompt consideration of this important issue and please do not hesitate to contact me if you have any question or need further information regarding this issue.

Sincerely,

Babak Baban, Ph.D., MPH, MBA, FAHA.
Professor and Associate Dean for Research
The Dental College of Georgia at Augusta University
Departments of Neurology and Surgery/Medicine
The Medical College of Georgia
Mailing: 1120 15th Street, CL-2140 | Physical: 1450 Laney Walker Blvd
Augusta, GA 30912
(706) 721-2032 | bbaban@augusta.edu
augusta.edu/dcg