
GEORGIA SCHOOL OF
**ORTHODONTICS**

July 25, 2023

Ms. Jessica Owen
Criminal Investigator
United States Food and Drug Administration
401 W. Peachtree Street, suite 1917
Atlanta, Georgia 30308

Dear Ms. Owen,

This letter is to confirm that Dr. Shohreh Ghasemi has never been a faculty member at Georgia School of Orthodontics. Her only business relationship with the school was the delivery of one two-hour lecture here on Wednesday, January 5, 2022. She signed a contract for her honorarium in the amount of $500 for the lecture.

Other than the lecture provided, she has not given other lectures and has never consulted about or examined any patients in our program. This is the only contract we have ever executed with her.

We did formulate a plan to have Iraninan oral surgeons visit our program for lectures here in Atlanta but that was scrapped due to immigration and trade issues so there was no visitation by members of the iFace Congress at this program nor any programs in the United States.

I hope this correspondence clearly demonstrates that (1) she has only given one lecture here and (2) there was never any offer for her to become any type of faculty member in this program.

Please reach out if I can be of further assistance in this matter.

Sincerely,

*Ricky E Harrell, DMD, MA, FACD*

Ricky E. Harrell, DMD, MA, FACD
Professor
ABO Diplomate
Program Director
Georgia School of Orthodontics

## Owen, Jessica

| | |
|---|---|
| **From:** | Ricky Harrell, D.M.D., M.A. <rharrell@gaorthodontics.org> |
| **Sent:** | Wednesday, April 26, 2023 2:16 PM |
| **To:** | Owen, Jessica |
| **Subject:** | Re: [EXTERNAL] Re: assistance needed |
| **Attachments:** | Ghasemi Lecture.png; Xerox Scan_04262023140943.PDF |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Ms. Owen,

I have attached a picture of the schedule for January 5, 2022 when Dr. Ghasemi gave her first and only lecture here at Georgia School of Orthodontics. This was her only lecture at the school and as I stated, she never has touched a patient within this facility.

The Lecturer Agreement and Permit License that you sent was not signed by me. I went to Ronda Smith's office and got a copy of the agreement for her honorarium for the lecture above. If you compare this with what you sent me, you can clearly see the alteration in the document and that I did not sign it. She was paid $500 for her two-hour lecture and the figures are on both documents.

Please let me know if I can be of further assistance. It is very disturbing that someone would be so deceitful and fraudulent.

Sincerely,

Rick Harrell

**Ricky Harrell, D.M.D., M.A.**
Program Director

**From:** Owen, Jessica <jessica.owen@fda.hhs.gov>
**Sent:** Wednesday, April 26, 2023 1:09 PM
**To:** Ricky Harrell, D.M.D., M.A. <rharrell@gaorthodontics.org>
**Subject:** RE: [EXTERNAL] Re: assistance needed

**EXTERNAL EMAIL**

Special Agent Jessica Owen
Food and Drug Administration
Office of Criminal Investigations
401 W. Peachtree Street, suite 1917
Atlanta, Georgia 30308
office 404-253-2330

1



**GEORGIA SCHOOL OF**
**ORTHODONTICS**

## GUEST LECTURER AGREEMENT

This will serve as the Agreement by which you Shohreh Ghasemi _____ ("**Guest Lecturer**") will deliver a lecture at Georgia School of Orthodontics ("**GSO**"):

1. Guest Lecturer will deliver a lecture ("**Services**") on the subject of Oral and Maxillofacial Surgery _____ on the January 5 _____ day(s) of SW \_\_\_\_\_, 2022 from 8 \_\_\_\_ (am)/pm) to 1pm \_\_\_ (am/pm).

2. GSO will pay Guest Lecturer $ \_\_\_\_\_ by check promptly after satisfactory performance/completion of Services. Allow ten business days for the check to process.

3. GSO shall reimburse the following incidental out-of-pocket expenses, checked and initialed, up to an amount reasonable and necessary for the performance of the Services:

   _____ a) local travel (taxi, uber or lyft to/from airport);
   _____ b) round trip airfare (coach) From:      — N/A      to GSO; $ N/A
   c) per diem subsistence not to exceed **$ 100.00** per day.
   _____ d) one night hotel not to exceed **$ 200.00**. *
      * Two nights will be granted for special circumstances.

4. Guest Lecturer must submit a completed IRS Form W-9 (or IRS Form W-8, Foreign National Tax Information and Tax Treaty Information Questionnaires, along with additional information on foreign recipients), as well as an invoice and adequate receipts and documentation as requested by GSO to support reimbursable out-of-pocket expenses. Submit all documentation to Ronda Smith at rsmith@gaorthodontics.org.

5. Guest Lecturer has the right to control and direct the means, manner and method by which the Services are performed and shall furnish all materials to perform the Services. Guest Lecturer acknowledges and represents that the relationship of Guest Lecturer to GSO is that of an independent contractor, and nothing in this Agreement shall be construed as making Guest Lecturer an employee of GSO or to empower Guest Lecturer to bind or obligate GSO in any way or as creating any other relationship. Guest Lecturer shall comply with all laws and assume all risks incident to its status as an independent contractor. Guest Lecturer covenants and agrees to pay all applicable taxes, licenses and fees, and such insurance as is necessary for Guest Lecturer's protection in connection with Services performed under this Agreement; no such taxes or fees shall be withheld or paid by GSO on behalf of Guest Lecturer. No worker's compensation insurance shall be obtained by GSO covering Guest Lecturer nor shall Guest Lecturer be entitled to any benefits provided by the GSO to its employees.

6. Guest Lecturer agrees, beginning as of the date of execution of this Agreement, that photographs, whether still or action, videos, film and/or motion pictures (hereinafter "Pictures") and/or audio recordings ("Recordings") may be taken of Guest Lecturer, individually or with others, by or on behalf of GSO in connection with the services to be provided indicated above and agrees that all rights therein shall irrevocably, exclusively, unconditionally, and perpetually belong to GSO and that such rights are freely assignable by GSO. Guest Lecturer hereby agrees to release and discharge GSO, its trustees, officers, representatives, employees, agents, licensees, successors and

REVISED. 01/2017

**GEORGIA SCHOOL OF ORTHODONTICS**

assigns from any and all claims, demands or causes of action that Guest Lecturer may now have or may hereafter have for libel, defamation, invasion of privacy or right of publicity, infringement of copyright or violation of any other right arising out of or relating to any utilization of the Pictures or Recordings.

7. Guest Lecturer on behalf of itself, its agents, and employees, agrees to indemnify and hold harmless GSO, its trustees, directors, employees, representatives, and agents from and against (a) all claims, damages, losses and expenses including but not limited to attorney's fees, arising out of or resulting from the work herein performed, caused in whole or in part by a negligent act or omission of the Guest Lecturer, any subcontractor, or anyone directly employed by any of them, regardless of whether or not it is caused in part by a party indemnified hereunder; (b) Guest Lecturer's failure to perform any of its obligations under this Agreement; and (c) any and all taxes or contributions, including, without limitation, penalties and interest, referenced in Section 5.

8. GSO reserves the right to cancel this Agreement up to seven (7) days prior to scheduled date or if the services are not rendered as per the date(s) and time(s) agreed upon above.

9. Riders and technical requirements may be attached to this Agreement and will become part of the Agreement when signed by the parties.

10. Guest Lecturer represents that no trustee, officer, employee or any other person affiliated with GSO and having involvement with this Agreement (1) is affiliated with the Guest Lecturer and (2) received, was promised, or will receive anything of value in connection with this Agreement or performance thereof.

11. Guest Lecturer warrants that Guest Lecturer fully understands the contents hereof before affixing his/her signature below. This Agreement constitutes the entire agreement between the parties concerning the Services and supersedes all other prior oral or written understandings.

GEORGIA SCHOOL OF ORTHODONTICS

Signed By: _Dr. RGE Hansel_

Name: _Dr Ricky E Hassell_

Title: _Program Director, GSO_

Date: _4/11/2022_

GUEST LECTURER

Signed By: _Shohrehghasemi_

Name: Dr.Shohreh Ghasemi

Title: DDS,MSC

Date: 04-07-2022



## THE GEORGIA SCHOOL OF
## ORTHODONTICS

### Honorarium

Guest Name:  **Shoreh Ghasemi**

Company/Institution:  **August University**

Presentation/Lecture Topic(s):  Oral and Maxillofacial Surgery

Presentation/Lecture Date:  **Jan 5th**

Address (Home)

407 Bridle Path ,Marietta ,GA 30068

Marietta ,GA30068

Total Honorarium:  $500^{00}$

Authorize by

Print:  *Dr Ricky E Harrell*

Signature:  *Dr Ricky E Harrell*

Date:  *4/11/2022*

| Weekly Schedule | Mon Jun 3 | Tues | Wed Jun 5 | Thurs, Jun 6 | Friday |
|---|---|---|---|---|---|
| 7:00-8:00 | | | | 3-SS | 3-SS |
| 8:00-9:00 | 3-SS Off | 3-SS Off | Dr. Richman Multi-disciplinary Case #1 | 3-SS | 3-SS |
| 9:00-10:00 | | | Esthetic Surgical Procedures | 3-SS | 3-SS |
| 10:00 – 11:00 | | | | 3-SS | 3-SS |
| 11:00-Noon | | | Dr. Shoroh Ghasemi | 3-SS | 3-SS |
| Noon-1:00 | | | Lunch | Lunch | Lunch |
| 1:00-2:00 | | | Protected Research Time | 3-SS | 3-SS |
| 2:00-3:00 | | | | 3-SS | 3-SS |
| 3:00-4:00 | | | | 3-SS | 3-SS |
| 4:00-5:00 | | | | | |
| 5:00-6:00 | | | | | |
| 6:00-7:00 | | | | | |