## Owen, Jessica

| | |
|---|---|
| **From:** | Ricky Harrell, D.M.D., M.A. <rharrell@gaorthodontics.org> |
| **Sent:** | Thursday, April 27, 2023 2:42 PM |
| **To:** | Owen, Jessica |
| **Subject:** | [EXTERNAL] Correspondence regarding Dr. Ghasemi |
| **Attachments:** | Cease and desist email.docx; Samir Aboul Hosn Centenero Ghasemi Inquiry.docx |

> CAUTION. This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Ms. Owen,

As we discussed, here is the correspondence regarding Dr. Ghasemi. This has been a voyage into the dark underside of clinical academia. I never imagined having to deal with something like this when I went into education 16 years ago.

Let me know if I can be of further assistance.

Sincerely,

Rick Harrell

**Ricky Harrell, D.M.D., M.A.**
Program Director



Georgia School of Orthodontics
8200 Roberts Drive, Suite 550
Atlanta, GA 30350

Tel 770-538-1501
Fax 770-538-1531

Email rharrell@gaorthodontics.org
www.bracestoday.com
www.gsorthodontics.org



*This transmission is intended exclusively for the individual or entity to which it is addressed, and may contain information that is confidential, proprietary, privileged, or otherwise prohibited from disclosure. This email and its attachments may be subject to copyright. No part of it should be reproduced, adapted, distributed, or transmitted without the written consent of the copyright owner. If you are not the named addressee, you are NOT authorized to read, print, retain, copy, or disseminate any or all of this communication or its attachments. If you have received this communication in error, please notify the sender immediately and delete this communication from all computers.*

Samir Aboul Hosn Centenero <samir@uic.es>

☑

To:

●
Ricky Harrell, D.M.D., M.A.
Thu 4/27/2023 1:44 PM

\*\*EXTERNAL EMAIL\*\*
Ok, Ricky. I hope you can fix these sad situation .
And thank you for the opportunity to collaborate with you.
All the best,
*Samir Aboul-Hosn Centenero M.D, OMFS,PhD*
Coordinator  in the Oral & Maxillofacial Department. Hospital Clinic de Barcelona.
CoDirector of the International Master in Oral Surgery, International University of Catalunya.
Barcelona

El 27 abr 2023, a les 18:37, Ricky Harrell, D.M.D., M.A. <rharrell@gaorthodontics.org> va escriure:

Thank you so much for your reply. It saddens me that she had to use deception to try and advance her career. I really appreciate your coming forward about this. She is in big trouble.

To finish the correspondence on the upside, I am excited about a possible lecture exchange with both OMFS and Orthodontics.!

I will be in touch as we get the summer scheduled.

Rick Harrell

**Ricky Harrell, D.M.D., M.A.**
Program Director

Reply
Forward

Ricky Harrell, D.M.D., M.A.



To:

Samir Aboul Hosn Centenero <samir@uic.es>
Thu 4/27/2023 12:37 PM

Thank you so much for your reply. It saddens me that she had to use deception to try and advance her career. I really appreciate your coming forward about this. She is in big trouble.

To finish the correspondence on the upside, I am excited about a possible lecture exchange with both OMFS and Orthodontics.!

I will be in touch as we get the summer scheduled.

Rick Harrell

Samir Aboul Hosn Centenero <samir@uic.es>

To:

Ricky Harrell, D.M.D., M.A.
Thu 4/27/2023 11:37 AM

**EXTERNAL EMAIL**
Dear Ricky,
Glad to introduce to you Dr Puigdollers. I am sure you will have many things in common. And very sad about this problem with Shooshoo. She did one of the three years of our International Master in Oral Surgery and the degree that she presented to us was "general dentist". After the first year she went to US and she didn't continue our master degree.
If I can help you, please don't hesitate to ask me.
Best Regards,

*Samir Aboul-Hosn Centenero M.D, OMFS,PhD*
Coordinator  in the Oral & Maxillofacial Department. Hospital Clinic de Barcelona.
CoDirector of the International Master in Oral Surgery, International University of Catalunya. Barcelona

El 27 abr 2023, a les 13:43, Ricky Harrell, D.M.D., M.A. <rharrell@gaorthodontics.org> va escriure:

Hi Dr. Samir,

Thank you for putting me in touch with Dr. Puigdollers from the ortho department. We have been communicating and will share some lectures in the future.

I was writing to you to inquire about Dr. Shohreh Ghasemi's attendance in the oral surgery program. Can you reveal to me what her degree was and when it was awarded? It recently came to light that she had falsified some documents using our school letterhead and I have been contacted by a couple of regulatory agencies here in the United States about her. She had claimed to be a faculty member here in our program and her involvement in our program has only been on two-hour lecture on Jan 5, 2022. She has never been nor will ever be a faculty member here.

Any information that you could provide would be helpful in assisting me to get to the bottom of this fraudulent behavior.

Thank you so much for any assistance you might provide.

Sincerely,

Rick Harrell
Program Director
Georgia School of Orthodontcs

**Ricky Harrell, D.M.D., M.A.**
Program Director

Georgia School of Orthodontics
8200 Roberts Drive, Suite 550
Atlanta, GA 30350

Tel 770-538-1501
Fax 770-538-1531

Email rharrell@gaorthodontics.org
www.bracestoday.com
www.gsorthodontics.org

FYI – I will let you know how she responds.

**Jessica Wynne**
Managing Director

**From:** Jessica Wynne <jwynne@gaorthodontics.org>
**Date:** Wednesday, March 22, 2023 at 11:25 AM
**To:** Ghasemi, Shohreh <SGHASEMI@augusta.edu>
**Subject:** Re: [EXTERNAL] Georgia School of Orthodontics

Dr. Ghasemi,

I understand that it may be difficult for you to get the press releases on third-party websites modified. However, you certainly can modify the biographical information on your personal website - https://drshohrehghasemi.com/. You must immediately remove the following:

1. Under your name in the white box – see attachment:

   International Program Director of Mini fellowship of Orthognatic in GSO /USA (2022-Present) Honorary Professor in Georgia Orthodontics School (2022- January)

2. Under "University Education" – see attachment:

   **Mini orthognatic fellowship with IFACE academy and Georgia school of orthodontics**

3. At the bottom of the page, under "The mission of the site" – see attachment:

   "was also able to receive the title of honorary professor at the Georgia School of Orthodontics in 2022."

4. This webpage needs to be deleted in its entirety – see attachment: http://drshohrehghasemi.com/product/mini-orthognatic-fellowship-with-iface-academy-and-georgia-school-of-orthodontics/

I strongly suggest you reach out to your website editor immediately to make these modifications. These claims should also be removed from any Facebook page you have.

Thank you,
Jessica Wynne, Esq

Cease & Desist
Sent to Ghasemi
from GA School
of Orthodontics