UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,    )
    )
    v.    )    Case No. 2:26-mj-00129-kjd
    )
SHOHREH GHASEMI,    )
    Defendant    )

### NOTICE OF FILING RE: LETTERS OF SUPPORT FOR SENTENCING HEARING

Defendant Shohreh Ghasemi, by her attorneys Gravel & Shea PC, hereby notices the

Honorable Court of the filing of eleven (11) letters of support in relation to her sentencing

hearing scheduled for July 21, 2026.

Dated:    July 20, 2026

    */s/ Brooks G. McArthur*
    Brooks G. McArthur, Esq.
    Gravel & Shea PC
    76 St. Paul Street, 7th Floor, P.O. Box 369
    Burlington, VT  05402-0369
    (802) 658-0220
    bmcarthur@gravelshea.com
    Attorneys For Defendant



gravel &
shea | ATTORNEYS AT LAW

A PROFESSIONAL CORPORATION

76 St. Paul Street
Post Office Box 369
Burlington, Vermont  05402-0369