

**To Whom It May Concern:**

My name is **Dr. Shino Bay Aguilera, DO, FAAD**, and I am a board-certified dermatologist, cosmetic surgeon, international lecturer, educator, and Key Opinion Leader in aesthetic and regenerative medicine. Throughout my career, I have had the privilege of lecturing in numerous countries, collaborating with many of the world's leading physicians, scientists, and educators, and helping advance medical education through scientific meetings, publications, and physician training.

It is my honor to write this letter in support of **Dr. Shorreh Ghasemi**.
I have had the privilege of knowing Dr. Ghasemi through our international medical community. During that time, I have come to know her not only as an exceptionally talented physician and internationally respected educator, but also as a woman of remarkable integrity, compassion, humility, and unwavering professionalism.

Having spent many years working alongside physicians from around the world, I have learned that professional excellence is measured not only by scientific knowledge but also by character. I have had the opportunity to meet and collaborate with some of the most respected leaders in our field, and I do not offer my opinion lightly. Dr. Ghasemi is someone I have always regarded as a physician of exceptional moral character. She is thoughtful, ethical, generous with her knowledge, and deeply committed to the well-being of her patients and colleagues. Her reputation within our international community has consistently reflected those qualities. Dr. Ghasemi has devoted her career to advancing aesthetic medicine through education, innovation, and patient care. She has lectured internationally, mentored physicians, and shared her expertise with remarkable generosity. Like many of us who dedicate our lives to medical education, she has helped elevate standards of care far beyond the walls of her own practice.

To my understanding, Dr. Ghasemi legally lived and worked in the United States for approximately seven years under a valid U.S. employment visa. She established her home, her medical practice, and cared for her patients while making meaningful contributions to our profession. She often spoke with gratitude about the opportunities she had in the United States

and her desire to continue serving her patients and contributing to the advancement of medicine.

The circumstances surrounding her current detention have been heartbreaking for those of us who know her. While I fully respect the judicial process and recognize that the legal issues in her case must be determined by this Court, I believe it is equally important that the Court knows the person behind these proceedings.

In all of my interactions with Dr. Ghasemi, I have known her to be honest, respectful, compassionate, peaceful, and dedicated to serving others. I have never witnessed behavior that would cause me to question her integrity, ethics, or commitment to the responsibilities entrusted to her as a physician. On the contrary, she has consistently demonstrated the highest standards expected of our profession.

Medicine is ultimately an act of service. Every day physicians are entrusted with the lives, dignity, and well-being of others. Dr. Ghasemi has honored that responsibility throughout the time I have known her. She has improved the lives of countless patients and has inspired physicians across the world through her willingness to teach, collaborate, and elevate others rather than herself.

As someone who has spent decades building an international medical community founded on collaboration, education, and compassion, I can say without hesitation that Dr. Ghasemi represents the very best of those ideals. She is respected not because of titles or accomplishments alone, but because of the kindness, integrity, and humanity she consistently demonstrates in every professional interaction.

I respectfully ask the Court to consider Dr. Ghasemi not only in light of the legal issues before it, but also as the dedicated physician, educator, colleague, and compassionate human being that so many of us have had the privilege to know. It is my sincere belief that she has much more to contribute to her patients, to our profession, and to the communities she has faithfully served.

I submit this letter voluntarily and truthfully, based upon my personal knowledge of Dr. Ghasemi's character and professional reputation. If I can provide any additional information that may assist the Court, I would be honored to do so.

Thank you for your time, your careful consideration, and your commitment to the fair administration of justice.

Respectfully,

**Shino Bay Aguilera, DO, FAAD** Board Certified Dermatologist Cosmetic Surgeon International Lecturer and Educator Shino Bay Cosmetic Dermatology & Laser Institute