To whom it may concern,

I'm writing this letter to attest to the character of a great woman; Ghasemi Shohreh.  I have known Dr.Shohreh for over 6 years now and during that time I've come to know her very well, and we have become close friends.  I met her while getting treatments at a med spa, but quickly realized there was more to her than just a doctor.  As I got more comfortable with her, we started a friendship of trust, and kindness.  Dr.Shohreh excels at this as she is one of the most trustworth, and kind people I've ever met.  Early on I recognized that she holds close to her the same values as I do.  She values integrity, and human connection.   These values are evident in the way all of her patients and people around her respect her.  I've witnessed dozens of her patients interact with her with admiration, and appreciation for the way she treats everyone she is in contact with. Dr.Shohreh is an integral part of her community, which she contributes to in her professional works, her volunteer efforts, and her philanthropic endeavors.  Without her, her community is lacking in a compassionate friend who helps however she can, where ever she can.

I fell privileged to know Ghasemi and proud to call her my friend.  She represents the best of humanity her character is of the highest integrity.  I'm happy to stand by her and endorse her.

Please feel free to contact me should you have any additional questions, or if I can help in any other way.

Sincerely,

Rebecca Baldwin