**Abbey V. Haas**

| | |
|---|---|
| **From:** | Ario Khoshbin <ariokhoshbin@gmail.com> |
| **Sent:** | Friday, July 17, 2026 12:14 PM |
| **To:** | Brooks G. McArthur; Jared |
| **Subject:** | Fwd: Character Reference Letter in Support of Dr. Shohreh Ghasemi |

Begin forwarded message:

**From:** Ramin Barati <ramin.barati.1988@gmail.com>
**Subject: Character Reference Letter in Support of Dr. Shohreh Ghasemi**
**Date:** July 17, 2026 at 11:54:28 AM EDT
**To:** ariokhoshbin@gmail.com

To Whom It May Concern,

My name is Ramin Barati, and I had the privilege of working with Dr. Shohreh Ghasemi during the Canadian Aesthetic Congress 2025, held from February 28 to March 2, 2025, where I served as the Event Organizer for that event.

Faculty page:
https://cbamcongress.com/dr-shohreh-ghasemi/

Speaker's introduction:
https://www.instagram.com/reel/DD0VmzyMBMo/?igsh=MXhxam1vN2xsZ24yMg==

IG Live:
https://www.instagram.com/reel/DFL80I8MhbF/?igsh=MWQ1c3RhYW5pZG1vNQ==

Throughout our professional interactions, I came to know Dr. Ghasemi as a highly knowledgeable, ethical, and dedicated physician. She consistently demonstrated professionalism, respect for her colleagues, and a genuine commitment to advancing medical education in the fields of aesthetic medicine and anti-aging medicine.

Dr. Ghasemi's willingness to share her knowledge with fellow physicians and healthcare professionals reflects her passion for education and her desire to improve patient care through evidence-based practice. She has earned the respect of many professionals in our field through her integrity, humility, and dedication to excellence.

Based on my experience working with her, I have every reason to believe that she is a person of outstanding moral character and professional integrity. She has always conducted herself with dignity and respect toward others and has made meaningful contributions to our international medical community.

1

I respectfully ask that the Court give full consideration to Dr. Ghasemi's character, professional achievements, and positive impact on countless colleagues and healthcare professionals. I sincerely hope she is afforded a fair and compassionate review of her case, and I respectfully request that every appropriate consideration be given in reaching a just outcome.

Thank you for taking the time to consider my statement in support of Dr. Shohreh Ghasemi.

Respectfully,
Ramin Barati
Event Organizer
Canadian Aesthetic Congress 2025



