**Abbey V. Haas**

| | |
|---|---|
| **From:** | Ario Khoshbin <ario@ario.ca> |
| **Sent:** | Thursday, July 16, 2026 3:52 PM |
| **To:** | Brooks G. McArthur; Jared |
| **Subject:** | Fwd: Letter of Support for Dr. Shohreh Ghasemi |

Ario Khoshbin
ario@ario.ca

Begin forwarded message:

**From:** sara kh <baran_sus@yahoo.com>
**Subject: Letter of Support for Dr. Shohreh Ghasemi**
**Date:** July 16, 2026 at 3:04:20 PM EDT
**To:** <ario@ario.ca>

Dear Sir or Madam,

I am writing this letter in support of Dr. Shohreh Ghasemi  I have known her for approximately six years and have been one of her patients during that time.

Dr. Shohreh has provided aesthetic treatments for my face, and throughout the years, I have always been impressed by her professionalism, skill, and attention to detail. She takes the time to understand her patients' needs, explains every procedure thoroughly, and always prioritizes their safety and well-being.

Beyond her excellent medical expertise, she is a kind, compassionate, and caring person who genuinely wants the best for her patients. She treats everyone with respect and makes people feel comfortable and confident. Thanks to her knowledge and dedication, I have always been very happy with the results of my treatments.

I truly believe Dr. Shohreh has made a positive impact on many people's lives through her work and has been a valuable member of the community.

She is not only an outstanding physician but also a person of integrity and compassion.

I wholeheartedly support her and hope this letter will be helpful in her case.

Sincerely,

**Sara KARAMIAN**

Sent from Yahoo Mail for iPhone