RICH McCORMICK, MD, MBA
7TH DISTRICT, GEORGIA

1719 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1006
(202) 225-4272

6320 SHILOH ROAD 230
ALPHARETTA, GA 30005
(770) 232-3005

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515-1006**

ARMED SERVICES COMMITTEE
TACTICAL AIR & LAND FORCES
CYBER, INNOVATIVE TECHNOLOGIES,
& INFORMATION SYSTEMS

SCIENCE, SPACE, & TECHNOLOGY
COMMITTEE
INVESTIGATIONS & OVERSIGHT, CHAIR
SPACE & AERONAUTICS

REPUBLICAN POLICY COMMITTEE
SOPHOMORE CLASS POLICY, CHAIR

OVERSIGHT AND GOVERNMENT
REFORM COMMITTEE
CYBERSECURITY, INFORMATION TECHNOLOGY,
AND GOVERNMENT INNOVATION

July 17, 2026

**United States Attorney's Office,**
**District of Vermont Post Office**
**Box 570 11 Elmwood Avenue, Burlington, VT 05402-0570**
**Re: United States v. Shohreh Ghasemi Case No.: 2 26_MJ_129_1_2**

To Whom It May Concern:

I write in support of Dr. Shohreh Ghasemi, who has resided in my 7th district of Atlanta, Georgia and has demonstrated exemplary conduct during her multi-year stay.

Dr. Ghasemi possesses impeccable credentials and has assisted numerous patients in need of her skills in the United States as an Oral and Maxillofacial Surgeon, educator, and researcher. She is an international speaker with extensive experience across oral surgery, craniofacial reconstruction, trauma, implantology, aesthetic medicine, regenerative medicine, facial cosmetic surgery, and surgical education.

Her academic credentials are far-reaching. She holds a PhD in Oral and Maxillofacial Surgery, a Master's in Craniofacial Reconstruction, a Master's in Aesthetic Plastic Surgery, a Fellowship in Head & Neck Oncology, and a Fellowship in TMJD and Sleep Medicine, alongside completing the Advanced Program for International Dentists.

Dr. Ghasemi's academic appointments are numerous, including her faculty position in the Department of Oral and Maxillofacial Surgery at the prestigious Augusta University. With these outstanding qualifications, Dr. Ghasemi has served as a crucial asset to the United States healthcare system.

Additionally, Dr. Ghasemi serves as an editor and author of multiple authoritative, internationally published medical textbooks used to train the next generation of surgeons in the United States. Her clinical expertise has allowed her to perform high-stakes reconstructive, trauma, and facial surgeries in Georgia. Her absence from the medical community would leave an irreplaceable void.

Beyond her professional achievements, she is a dedicated humanitarian who offers counseling, mentorship, and guidance to women and men in need. Dr. Ghasemi has built

RICH McCORMICK, MD, MBA
7TH DISTRICT, GEORGIA

1719 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–1006
(202) 225–4272

6320 SHILOH ROAD 230
ALPHARETTA, GA 30005
(770) 232–3005

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515–1006**

ARMED SERVICES COMMITTEE
TACTICAL AIR & LAND FORCES
CYBER, INNOVATIVE TECHNOLOGIES,
& INFORMATION SYSTEMS

SCIENCE, SPACE, & TECHNOLOGY
COMMITTEE
INVESTIGATIONS & OVERSIGHT, CHAIR
SPACE & AERONAUTICS

REPUBLICAN POLICY COMMITTEE
SOPHOMORE CLASS POLICY, CHAIR

OVERSIGHT AND GOVERNMENT
REFORM COMMITTEE
CYBERSECURITY, INFORMATION TECHNOLOGY,
AND GOVERNMENT INNOVATION

an established, law-abiding life in Atlanta, evidenced by her professional licensure and an extensive community network of care.

Her crossing into the United States at the Vermont border without her passport and travel visa was predicated upon the confiscation of these documents and, most importantly, a 72-hour mandate placed upon her by the Canadian government to vacate the country.

Undoubtedly, this logistical impediment created conflicting demands, which ultimately culminated in her crossing the border without the appropriate documentation. This lapse in judgment, was not a clandestine attempt to evade law enforcement; rather, it was an anomalous act of survival triggered by the Canadian mandate to depart within three days.

Dr. Ghasemi fully realizes that her actions, despite these extraordinary circumstances, were not in keeping with the laws of the United States. She recognizes the severe implications of this error in judgment. Dr. Ghasemi is apologetic and deeply remorseful for her actions. Dr. Ghasemi has been a stellar resident of the United States, a compassionate surgeon, and a valuable member of the medical community, I ask that you take into consideration her law-abiding history and her profound dedication to serving others. She has already spent several weeks in correctional facilities in both Vermont and New Hampshire, which I hope will be considered time served.

A documented criminal record will undoubtedly preclude her ability to teach and practice both in the United States and abroad, which would be a severe loss to our healthcare system. I am requesting compassionate consideration as this seems to be a first time offense. If you should have any questions, please do not hesitate to contact Vesna Kurspahic in my office either by email at vesna.kurspahic@mail.house.gov or by phone at (678) 622-9833.

Semper Fidelis,

Rich McCormick, MD, MBA

RICH McCORMICK, MD, MBA
7TH DISTRICT, GEORGIA

1719 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–1006
(202) 225–4272

6320 SHILOH ROAD 230
ALPHARETTA, GA 30005
(770) 232–3005

## Congress of the United States
### House of Representatives
### Washington, DC 20515–1006

ARMED SERVICES COMMITTEE
TACTICAL AIR & LAND FORCES
CYBER, INNOVATIVE TECHNOLOGIES,
& INFORMATION SYSTEMS

SCIENCE, SPACE, & TECHNOLOGY
COMMITTEE
INVESTIGATIONS & OVERSIGHT, CHAIR
SPACE & AERONAUTICS

REPUBLICAN POLICY COMMITTEE
SOPHOMORE CLASS POLICY, CHAIR

OVERSIGHT AND GOVERNMENT
REFORM COMMITTEE
CYBERSECURITY, INFORMATION TECHNOLOGY,
AND GOVERNMENT INNOVATION

Member of Congress