**Abbey V. Haas**

| | |
|---|---|
| **From:** | Ario Khoshbin <ario@ario.ca> |
| **Sent:** | Saturday, July 18, 2026 8:08 PM |
| **To:** | Jared; Brooks G. McArthur |
| **Cc:** | shooshoo gh |
| **Subject:** | Fwd: Dr Shohreh Ghasemi |

Ario Khoshbin
ario@ario.ca

Begin forwarded message:

**From:** "Queenshops7@gmail.com" <queenshops7@gmail.com>
**Subject: Dr Shohreh Ghasemi**
**Date:** July 18, 2026 at 7:11:41 PM EDT
**To:** ario@ario.ca

I am writing in support of my dear friend, Dr. Shohreh Ghasemi, whom I have known not only as a friend but also as an exceptional physician. It is my sincere hope that you will consider allowing her to return home to Atlanta, Georgia.

Over the years, I have seen firsthand the remarkable dedication, compassion, and professionalism that Dr. Ghasemi brings to her patients. She is one of the kindest and most caring physicians I have ever met. She treats every patient with dignity, respect, and genuine compassion. She never rushes through an appointment. Instead, she takes the time to listen carefully, understand each person's concerns, and explain treatment options with patience and empathy.

I personally experienced her outstanding medical care when I struggled with severe knee pain. I had seen several physicians before her, but none were able to provide the improvement and relief that I experienced under Dr. Ghasemi's care. Her knowledge, careful evaluation, and thoughtful treatment made a significant difference in my recovery. I will always be grateful for the care she provided.

Beyond her medical expertise, Dr. Ghasemi is a person of exceptional integrity and character. She is devoted to helping others and consistently puts

1

the well-being of her patients first. She is respected not only for her clinical skills but also for her honesty, kindness, and unwavering commitment to those who depend on her.

Atlanta has benefited greatly from having Dr. Ghasemi as part of its medical community. Her patients trust her deeply, and many rely on her compassionate care. Losing a physician of her caliber is a significant loss to the community she has faithfully served.

I respectfully ask the Court to consider Dr. Ghasemi's outstanding character, her dedication to medicine, and the positive impact she has had on so many lives, including mine. I sincerely hope she will be given the opportunity to return to Atlanta and continue serving her patients and community.

Thank you for your time, consideration, and thoughtful attention to this letter.

Respectfully,

Farida Zohouri