7/19/2026

United States Attorney's Office
District of Vermont
11 Elmwood Avenue, Box 570
Burlington, VT 05402-0570

**Re: United States v. Shohreh Ghasemi**

To Whom It May Concern:

My name is Armaghan Faghihimehr, and I'm writing to share a little about my friend and mentor, Dr. Shohreh Ghasemi, in connection with the above-referenced matter. I have thought a lot about what to say, and I hope this letter helps the Court see the Shohreh that I know.

I met Shohreh about a year ago at an international aesthetics conference, where she was one of the invited speakers. I remember being struck not just by how knowledgeable she was, but also by how warm and down-to-earth she was. She had every reason to be too busy for a stranger like me, but still she made time and helped me. We started talking, and that conversation turned into a real friendship that has meant a great deal to me over this past year.

What stands out most to me about Shohreh is simply how kind she is. She is one of those people who makes you feel like the most important person in the room, even though she is usually one of the busiest people in it. She is deeply passionate about medicine and about her patients, and that passion shows in everything she does. She is constantly traveling to international meetings as a key opinion leader in her field, and it is clear that she has dedicated her entire life to her work and to helping people.

One of the things I admire most about her is her love of teaching. Shohreh lights up when she talks about her students and the young medical professionals she mentors in maxillofacial surgery and medical cosmetics. She takes real pride in helping the next generation of doctors grow, and she has told me more than once that she considers that part of her career and just as important as anything she does in the operating room. Her passion about teaching is reflected in many articles she published, one of which that I learned a lot from is titled :Attitudes, knowledge, and perceptions of dentists and dental students toward artificial intelligence: a systematic review.

Shohreh has also carried real personal loss with a quiet grace. She lost her sister three years ago in an accident in Iran, and I know that grief has never fully left her. Rather than let it close her off, she has channeled it into her work and into showing up for the people around her, myself included, with even more compassion.

I have known Shohreh to be a genuinely good person, someone who is professional, hardworking, and generous with her time and her heart. The circumstances that brought about this case do not reflect my friend. I ask the Court to see her as I do: a dedicated physician, a devoted teacher, and a kind human being who has already given so much to the people around her.

Thank you for taking the time to read this and for considering her character in this matter.

With respect,

Armaghan Faghihimehr, MD

drarmaghan.faghihimehr@gmail.com

July 19th, 2026