07/17/2026

United States Attorney's Office
District of Vermont
11 Elmwood Avenue, Box 570
Burlington, VT 05402-0570

**Re: United States v. Shohreh Ghasemi, Case No. 226_MJ_129_1_2**

To Whom It May Concern:

I am writing to provide a character reference on behalf of Dr. Shohreh Ghasemi in connection with the above-referenced matter. I understand the seriousness of these proceedings, and I want the Court to have a full picture of who Dr. Ghasemi is, both as a professional and as a person.

I have known Dr. Ghasemi for over a year now as an esteemed colleague and friend. In that time, I have come to know her as someone of remarkable integrity, compassion, and dedication to the people in her community.

Dr. Ghasemi is an oral and maxillofacial surgeon and assistant professor in the Department of Oral and Maxillofacial Surgery at Augusta University, and a faculty member at the Georgia School of Orthodontics, where she trains the next generation of surgeons in orthognathic and reconstructive procedures. She is internationally recognized as a speaker at major medical and cosmetic conferences, including the American Association of Oral and Maxillofacial Surgeons (AAOMS), AMWC, and IFACE, and has authored and edited multiple textbooks in her field.

I can speak personally to the caliber of her scholarly work. As a neuroradiologist, I have read several of her published research articles, including her study "Effects of Cleft Lip and Palate on Temporomandibular Joint Components: A CBCT Study," and have learned a great deal from her research examining craniofacial and temporomandibular joint anatomy. Her work reflects a rigorous, careful approach to patient care and a genuine commitment to advancing her field for the benefit of patients with complex craniofacial conditions. She has been recognized by the U.S. State Department for her contributions to community college education and workforce development.

Beyond her professional accomplishments, Dr. Ghasemi has consistently demonstrated a deep commitment to community and humanitarian service. She founded the Shima Scholarship Academy in memory of her late sister, providing educational opportunities to underprivileged students who otherwise lack the means to pursue their academic goals. Her compassion extends beyond people; to my personal knowledge, she has regularly donated her own money to help feed and care for stray cats and dogs in her community.

I have known Dr. Ghasemi to be a careful, law-abiding person throughout the entire time I have known her, and the circumstances giving rise to this matter are entirely out of keeping with who she is and how she has lived her life.

At the time of these events, Dr. Ghasemi was scheduled to give an invited lecture at an aesthetics conference in Las Vegas, Nevada. She was unable to attend, and her absence was deeply felt by colleagues and organizers who had been expecting her. For a period afterward, those of us close to her did not know where she was or what had happened to her, which was an extremely distressing experience for her family and friends. I raise this not to dwell on the hardship it caused us, but because it underscores how integrated Dr. Ghasemi is into her professional community, and how many people rely on her presence, her expertise, and her commitments.

Dr. Ghasemi is a person of strong moral character, professional distinction, and deep ties to her community here in the United States. She has built a life around service, to her patients, her students, her research, and even to the most vulnerable and voiceless members of her community, and a criminal record or extended detention would come at enormous cost, not only to her, but to the many patients, students, and colleagues who depend on her.

I respectfully ask that this letter be considered as a reflection of the person Dr. Ghasemi is, and that her strong character, professional standing, and community contributions be weighed in reaching a decision in this matter. I am available to provide any further information that may be helpful.

Respectfully submitted,

Seyed Mohammad Gharavi, MD
Associate Professor of Radiology
University of Maryland

Friend and colleague of Dr. Ghasemi

Seyed.gharavi@umm.edu
July 17, 2026