

Office of the President

Re: Letter of Support for Dr. Shohreh Ghasemi

July 20, 2026

To whom it may concern:

I am writing this letter of support/character for Dr. Shohreh Ghasemi. I have known Dr. Ghasemi for almost 4 years in her previous role as an Adjunct Faculty member at the Dental College of Georgia, part of Augusta University, Georgia's only public research university focused on health professional education and research. I was the Provost, the Chief Academic Officer, of Augusta University and the Dean of the Dental College of Georgia reported directly to me, with the faculty in the college reporting to the Dean.

Dr. Ghasemi first reached out to me in fall 2022 with concerns for our international students from Iran in light of the *Woman, Life, Freedom* movement in that country that was occurring at that time. Through our Office of Access, Success and Belonging, we organized an open forum for our students on that topic. I attended that forum and Dr. Ghasemi participated as a panelist. The student feedback from the forum is that they were very grateful for the opportunity to participate and especially enjoyed Dr. Ghasemi's contributions to the event.

Dr. Ghasemi reached out to me in 2023 when she was the co-editor of a new book on dental techniques in the US. I met with her and she shared a copy of the book. Over the next two years, until my departure from Augusta University in fall 2024 to become the President of Central Michigan University, I would see her occasionally on campus as she traveled from her residence in suburban Atlanta to help teach our dental students and residents.

PHONE (989) 774-3131 · FAX (989) 774-3665
WARRINER HALL 106 · CENTRAL MICHIGAN UNIVERSITY · MOUNT PLEASANT, MICHIGAN 48859

Dr. Shohreh Ghasemi, LOR
Page 2
July 20, 2026

She had a research collaboration with one of our faculty members at the Dental College of Georgia, so she also contributed to our research mission with peer-reviewed publications in the scientific literature.

We have stayed in contact since my departure from Augusta University and she has an active social media presence and is a sought-after speaker nationally and internationally in the area of cosmetic dentistry. She also sees patients in metro Atlanta and continues to publish in the peer-reviewed literature about cosmetic dentistry. So, she makes meaningful and important contributions to her field of expertise and is an asset for our country.

In my opinion, Dr. Ghasemi has and continues to contribute to an important area of health care in a meaningful way. I believe she is a person of good character, and she has a long track record of mentoring students and residents and contributing to the education of health professionals in this country.

Feel free to reach out to me at prez.mac@cmich.edu or ███████ if you require any additional information.

Sincerely,



Neil MacKinnon, BSc(Pharm), MSc(Pharm), PhD, FASHP, FCSHP, FNAP
President
Central Michigan University