

**Jeffrey S. Rosenthal, M.D.**
Board Certified Plastic Surgeon

July 13, 2026

To whom it may concern:

I am a United States Citizen, Plastic & Reconstructive Surgeon in Connecticut, and a Diplomate, of The American Board of Plastic Surgery.

I have known Dr. Shohreh Ghasemi for the past year and a half and have participated in both lecturers and surgical procedures with her.

From both a professional and personal vantage point, I can easily say that she is an honest, upright and outstanding individual who is pleased to be in the United States. Dr. Ghasemi is a credit to the medical profession and has assisted many individuals in need of her services in the United States.

She has worked diligently at her profession, is a world renowned lecturer and is widely respected throughout the industry, as a surgeon and humanitarian.

Additionally, Dr. Ghasemi is a teacher, author of a number of medical textbooks that are used in the United States.

Without hesitation, I would note that Dr. Shohreh Ghasemi has served the United States well as a surgeon and non-citizen resident for many years.

I call upon those who are viewing her recprd to keep my words of support in mind. Without reservation I am supportive of Dr. Ghasemi.

Thank you in advance for your kind consideration.

Very truly yours,

Jeffrey Rosenthal, M.D.

140 Sherman Street • Fairfield, CT 06824

www.artofplasticsurgery.com