# Letter of Support for Dr. Shohreh Ghasemi

July 14, 2026

To the Honorable Court:

My name is Chad Williamson, and I am the CEO and Managing Partner of Athari Capital Group LLC, doing business as RenuvoGen. I am writing this letter in strong support of Dr. Shohreh Ghasemi, who is my business partner, a 25% owner of Athari Capital Group LLC (DBA: RenuvoGen), and our Chief Medical Officer. I want the Court to understand clearly that Dr. Ghasemi is an essential part of our company, our long-term business strategy, and our continued growth in the United States.

RenuvoGen is a medical device company focused on regenerative medicine, and Dr. Ghasemi plays a central role in the business. She is not simply associated with the company in name or title. She is deeply involved in the medical, strategic, and operational leadership of the organization. Her medical background, judgment, and leadership are critically important to our ability to evaluate opportunities, work responsibly in the healthcare space, support providers, and grow the company in a way that is credible, compliant, and sustainable.

Our company recently secured the exclusive importing and distribution rights for the GCell device in the United States. Based on our sales expectations, we estimate that opportunity places a value of approximately $4 million on this division of the business. In addition, our organization currently owns and/or manages several healthcare practices with an estimated enterprise value of approximately $10 million and approximately $6.5 million in annual revenue. Dr. Ghasemi is a major reason this platform has value and a major reason we believe it will continue to grow.

Her continued presence in the United States is extremely important to our company. She is integral to our leadership structure, our medical oversight, our market credibility, and our execution. Losing her ability to remain here would create substantial hardship for the business and would negatively affect our operations, our expansion plans, and the value we have built.

I also want to state clearly that Athari Capital Group LLC is fully committed to ensuring that Dr. Ghasemi has the financial support and stability necessary to continue living in the United States without legal or financial hardship. We are committed to supporting her through the company and ensuring that she remains financially secure and professionally positioned to continue her work here.

I respectfully ask the Court to give this letter serious consideration and to recognize the importance of Dr. Ghasemi's continued presence in the United States.

Respectfully

Chad Williamson
CEO and Managing Partner
**Athari Capital Group LLC (DBA: RenuvoGen)**

renuvogen.com