AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT

2026 JUL 24 P 4:31

for the

District of Vermont

CLERK  TML

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form |
| V. | Case No.   2:26-mj-129-2 |
| Shohreh Ghasemi | USM No.   74543-512 |

_____
Brooks G. McArthur, Esq.
Defendant's Attorney

## THE DEFENDANT:

☑ **THE DEFENDANT** pleaded guilty to count(s)    <u>Complaint</u> _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1325(a)(1) | Being aliens, entering and attempting to enter the United States at any time or place other than as designated by immigration officers | 6/26/26 | |

☐ Count(s) _____    ☐ is   ☐ are dismissed on motion of the United States

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Time served**

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ **Remitted** | $ **Waived** |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:  <u>1983</u>

City and State of Defendant's Residence:
<u>Iran</u> _____

7/21/26
_____
Date of Imposition of Judgment

_Kevin J. Doyle_
_____
Signature of Judge

Kevin J. Doyle, U.S. Magistrate Judge
_____
Name and Title of Judge

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: **7/27/2026**

7/24/26
_____
Date